Submitted January 19, 2016; decided March 29, 2016

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

EXECUTOR OF CELIA KATES et al., Appellants, v JAMES G. PRESSLY et al., Respondents.

Submitted January 19, 2016; decided March 29, 2016

Motion for reconsideration of this Court's December 15, 2015 dismissal order denied [*see* 26 NY3d 1072 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.